No. 63073.—C. J. Tower & Sons v. United States, protests 187188–K, etc. Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.